

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>         Plaintiffs,          )<br>                              )<br>    vs.                       )<br>                              )<br>RANDAL D. GAMBELL,            )<br>                              )<br>         Defendant.           )<br>_____) | No. CR-09-241-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 27, 2009 to 33 days custody,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare on July 28, 2009 at 1:30 p.m. . A certified Judgment and Commitment order to follow.

DATED:  7-27-09

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1