Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **RANDAL D. GAMBELL** |
| **Docket Number:** | 1:09CR00241 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/28/2005 |
| **Original Offense:** | 21 USC 846, Conspiracy To Distribute Methamphetamine<br>(CLASS A FELONY) |
| **Original Sentence:** | 60 months Bureau of Prisons; 5 years supervised release; $100 special assessment; mandatory drug testing<br>(District of Nebraska; Dkt. No. 8:05CR29-1) |
| **Special Conditions:** | 1) DNA collection; 2) No alcohol; 3) Search; 4) Drug/alcohol treatment; 5) Victim awareness program; 6) Financial disclosure; 7) Drug/alcohol testing; 8) Report to the U.S. Probation Office within 72 hours of release from confinement. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/17/2008 |
| **Assistant U.S. Attorney:** | Susan Phan    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann H.Voris   **Telephone:** (559)487-5561 |
| **Other Court Action:** | |
| <u>**06/09/2009**</u>: | Form 12C, Petition for Warrant filed in the District of Nebraska, alleging failure to submit monthly report forms, failure to follow instructions of the probation officer, willful lack of regular employment, failure to notify of change in |

RE:     **Randal GAMBELL**
        **Docket Number:  1:09CR00241 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | residence and employment, and failure to participate in drug testing as directed.  Court ordered warrant for arrest. |
| **06/30/2009**: | Transfer of Jurisdiction accepted by the Eastern District of California. |
| **07/07/2009**: | Form 12C, Superseding Petition for Warrant, alleging a new law violation, possession of methamphetamine.  Court ordered the offender to remain in custody on the warrant issued June 9, 2009, based on the petition filed on June 9, 2009. |
| **07/27/2009**: | Offender appeared before the Court and admitted all charges.  The Court revoked supervised release and ordered the offender committed to the Bureau of Prisons for a term of 33 days, with credit for 32 days served, and a release date fo July 28, 2009.  He was also ordered to serve 54 months on supervised release.

**Special Conditions**: 1) Search; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) Drug alcohol testing; 5) No alcohol; 6) WestCare Residential Drug Treatment Program for a period of 180 days; 7) Turning Point Residential Re-Entry Program for a period of 90 days; 8) Aftercare co-payment; 9) DNA collection; 10) Employment/Community service. |
| **07/28/2009**: | Supervision Re-commenced |
| **01/08/2010**: | Court Memorandum, Request to Modify Existing Special Condition, requesting to modify special condition number 7.  Court approved and modified the condition as follows: The defendant shall reside and participate in a sober living facility, WestCare Men's Residential Facility, for a period of 90 days; said placement shall commence as directed by the probation officer. |

RE:     **Randal GAMBELL**
        **Docket Number:  1:09CR00241 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in the residential substance abuse treatment program, Salvation Army, a faith-based program, for a period of 12 months, to commence as directed by the probation officer.  The defendant shall pay all fees associated with such program.

**Justification:**     On October 15, 2010, the offender was in possession and under the influence of methamphetamine, a violation of California law, and general condition, to wit: *"The defendant shall not commit another federal, state, or local crime."*  The offender was arrested by the Fresno County Sheriff's Department, arrest report number 10-17147, and subsequently released the same day due to overcrowding in the Fresno County Jail.  The offender was instructed to appear in Superior Court of California, Fresno on November 15, 2010.  On November 15, 2010, the offender appeared in state court; however, the court date was ordered vacated as the Fresno County District Attorney had not filed a criminal complaint.  As of the date of this report, there have been no charges filed.

On October 18, 2010, this officer met with the offender at which time, he admitted that he had used methamphetamine on October 15, 2010, and requested assistance.  He was referred to Moral Reconation Therapy (MRT) and increased drug testing while pending resolution of the state matter.

On October 18, 2010, and November 1, 5, and 15, 2010, the offender submitted urine samples that returned positive for amphetamine and methamphetamine. This conduct is in violation of his general condition of supervision, to wit: *"The defendant shall refrain from any unlawful use of controlled substance."*

On or around November 22, 2010, the offender made contact with the Salvation Army and was instructed to return on November 29, 2010, for an intake assessment.  According to the offender a bed would be available for him on December 6, 2010.  On December 1, 2010, this officer spoke with

RE:     Randal GAMBELL
        Docket Number:  1:09CR00241 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

a representative of the Salvation Army who advised the program encompasses five phases, which could take 12-24 months to complete, with the first phase being a 6-month inpatient component.

Since his supervision commenced, it is apparent the offender has had a difficult time refraining from the use of controlled substances. He has a serious substance abuse problem.  He has been afforded several interventions designed to benefit him by way of verbal reprimands, increased drug testing, outpatient treatment, 180-day inpatient program, as well as aftercare services; however, he continues to violate technical supervision conditions.  It is apparent, his addiction is beyond traditional outpatient and short term inpatient treatment.  It should be noted, the offender has provided four positive drug tests over the course of one year and is deserving to face revocation proceedings at this time; however, an intensive long term impatient treatment program could prove more effective.  As an intervention, he voluntarily accepted placement in a faith-based intensive 12-month treatment program, Salvation Army Men's Center, in Fresno, California.  Placement at the Salvation Army would commence on December 6, 2010, and with Court approval, he will remain in that program for approximately 12 months, where he is expected to attend individual and group counseling as well as other educational courses.   Further, the offender would be permitted to appear for any state court proceedings should the Fresno County District Attorney file a criminal complaint relevant to his arrest on October 15, 2010.

The offender recognizes he has a substance abuse problem that can no longer be addressed in an outpatient setting and has requested assistance.  The offender agrees with this modification and has signed Probation Form 49a, Waiver of Hearing to Modify Conditions, which is provided for the Court's review.  The offender has been informed that any further drug use or failure to participate in the program, will result in a return to Court where he will face revocation proceedings.

**RE:     Randal GAMBELL
        Docket Number:  1:09CR00241 AWI
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**


                            Respectfully submitted,

                            /s/ Rick C. Tarazon

                            **RICK C. TARAZON
                            United States Probation Officer**
                            Telephone:  (559) 499-5700


**DATED:      December 1, 2010**
            Fresno, California
            RCT


**REVIEWED BY:**    <u>  /s/ Hubert J. Alvarez                 </u>
                    **HUBERT J. ALVAREZ
                    Supervising United States Probation Officer**

RE:     Randal GAMBELL
        Docket Number:  1:09CR00241 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


cc:     United States Probation
        Susan Phan, Assistant United States Attorney
        Ann H. Voris, Assistant Federal Defender
        Defendant
        Court File


IT IS SO ORDERED.

Dated:    December 7, 2010                                    _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE