Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **RANDAL D. GAMBELL** |
| **Docket Number:** | 1:09CR00241 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/28/2005 |
| **Original Offense:** | 21 USC 846, Conspiracy To Distribute Methamphetamine<br>(CLASS A FELONY) |
| **Original Sentence:** | 60 months Bureau of Prisons; 5 years supervised release; $100 special assessment; mandatory drug testing<br>(District of Nebraska; Dkt. No. 8:05CR29-1) |
| **Special Conditions:** | 1) DNA collection; 2) No alcohol; 3) Search; 4) Drug/alcohol treatment; 5) Victim awareness program; 6) Financial disclosure; 7) Drug/alcohol testing; 8) Report to the U.S. Probation Office within 72 hours of release from confinement. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/17/2008 |
| **Assistant U.S. Attorney:** | Susan Phan          **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann H.Voris          **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>**06/09/2009**</u>:   Form 12C, Petition for Warrant filed in the District of Nebraska, alleging failure to submit monthly report forms, failure to follow instructions of the probation officer, willful lack of regular employment, failure to notify of change in

RE:   **Randal GAMBELL**
      Docket Number:  1:09CR00241 AWI
      <u>PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

|  |  |
|---|---|
|  | residence and employment, and failure to participate in drug testing as directed.  Court ordered warrant for arrest. |
| **06/30/2009**: | Transfer of Jurisdiction accepted by the Eastern District of California. |
| **07/07/2009**: | Form 12C, Superseding Petition for Warrant, alleging a new law violation, possession of methamphetamine.  Court ordered the offender to remain in custody on the warrant issued June 9, 2009, based on the petition filed on June 9, 2009. |
| **07/27/2009**: | Offender appeared before the Court and admitted all charges.  The Court revoked supervised release and ordered the offender committed to the Bureau of Prisons for a term of 33 days, with credit for 32 days served, and a release date fo July 28, 2009.  He was also ordered to serve 54 months on supervised release. |
|  | **Special Conditions**: 1) Search; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) Drug alcohol testing; 5) No alcohol; 6) WestCare Residential Drug Treatment Program for a period of 180 days; 7) Turning Point Residential Re-Entry Program for a period of 90 days; 8) Aftercare co-payment; 9) DNA collection; 10) Employment/Community service. |
| **07/28/2009**: | Supervision Re-commenced |
| **01/08/2010**: | Court Memorandum, Request to Modify Existing Special Condition, requesting to modify special condition number 7.  Court approved and modified the condition as follows: The defendant shall reside and participate in a sober living facility, WestCare Men's Residential Facility, for a period of 90 days; said placement shall commence as directed by the probation officer. |
| **12/07/2010**: | Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, alleging the use of amphetamine and methamphetamine.  The Court ordered conditions to include placement at Salvation Army, a |

**RE:  Randal GAMBELL
Docket Number:  1:09CR00241 AWI
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

|  |  |
|---|---|
|  | residential substance abuse treatment program in Fresno California, for a period of 12 months. |
| **12/13/2010**: | Form 12C, Petition for Warrant, alleging a new law violation, unlawful use of a controlled substance, and failure to participate in Salvation Army, a residential substance abuse treatment program in Fresno, California. |
| **02/14/2011**: | The offender appeared before the Honorable Sheila K. Oberto, United States Magistrate Judge, pursuant to a warrant, to answer allegations that he violated the terms and conditions of supervised release as follows:  <u>Charge 1</u>: New Law Violation; <u>Charge 2</u>: Unlawful Use of a Controlled Substance; and, <u>Charge 3</u>: Failure to Participate in Salvation Army Residential Substance Abuse Treatment Program as Directed. The offender admitted the charge and the matter was continued to March 7, 2011, before your Honor, for disposition.  The offender was arrested on December 31, 2010, and remains in custody. |

RE:     **Randal GAMBELL**
        Docket Number:  1:09CR00241 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential re-entry center, Turning Point of Central California for a period of up to 120 days; said placement shall commence at the discretion of the United States Probation Officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

2. The defendant shall reside and participate in a residential substance abuse treatment program, for a period up to 12 months, to commence as directed by the probation officer.  The defendant shall pay all fees associated with such program.

**Justification:**  Since his supervision commenced, it is apparent the offender has had a difficult time refraining from the use of controlled substances. He has a serious substance abuse problem which appears beyond traditional outpatient and short term inpatient treatment.  He has been afforded several interventions designed to benefit him by way of verbal reprimands, increased drug testing, outpatient treatment, 180-day inpatient program, aftercare services, and the Salvation Army; however, he continues to violate technical supervision conditions.

Your officer is aware the offender's conduct relevant to the violation, specifically <u>Charge 3</u> of the petition, suggests the offender disregarded the Court's order by not reporting to the program.  As for accountability, the offender is deserving to face revocation proceedings and a term of custody is warranted.  However, the offender was struggling with his addiction at the time of the modification, dated December 7, 2010, was imposed.

In that treatment would be recommended in this matter, it is the intent of this officer to recommend placing him at the Turning Point Residential Re-Entry Center pending the resolution of the violation.

RE:     Randal GAMBELL
        Docket Number:  1:09CR00241 AWI
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

 The plan is to expedite the process of placing the offender in a suitable treatment facility so that he may begin treatment immediately.  The offender agrees with this modification and has signed a Prob 49A waiver.

It should be noted, that on February 15, 2011, this officer screened the offender's case with a representative of Turning Point; he was considered appropriate for the program and if afforded the opportunity by the Court, he could enter the center on or after February 17, 2011.

                        Respectfully submitted,

                        /s/ Rick C. Tarazon

                        **RICK C. TARAZON**
                        **United States Probation Officer**
                        Telephone:  (559) 499-5700

**DATED:**        **February 15, 2011**
                  Fresno, California
                  RCT


**REVIEWED BY:**     /s/ Robert Ramirez
                    **ROBERT RAMIREZ**
                    **Supervising United States Probation Officer**

RE:     Randal GAMBELL
        Docket Number:  1:09CR00241 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


cc:     United States Probation
        Susan Phan, Assistant United States Attorney
        Ann H. Voris, Assistant Federal Defender
        Defendant
        Court File

IT IS SO ORDERED.

Dated:   February 18, 2011                                    _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE