1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:09-CR-00241 AWI BAM

12 |                  Plaintiff,             | STIPULATION REGARDING SETTING OF
                                              STATUS CONFERENCE; ORDER
13 |         v.

14 | RANDAL D. GAMBELL,

15 |                  Defendant.

16

17

18                                **STIPULATION**

19

20       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21 through defendant's counsel of record, hereby stipulate as follows:

22       1.      The defendant has two active cases in the Eastern District of California: this case, a

23 Supervised Release Violation, assigned to the Honorable Anthony W. Ishii, and Case No. 1:14-cr-00059

24 LJO, a new law violation, currently assigned to the Honorable Lawrence J. O'Neill.

25       2.      By stipulation filed with the court in Case No. 1:14-cr-00059 LJO, the parties requested

26 to reassign the latter case to Judge Ishii and Magistrate Judge Barbara A. McAuliffe so that the matters

27 could be heard on the same court calendars, and the parties further requested that Case No. 1:14-cr-

28 00059 be set for a status conference before Magistrate Judge Barbara A. McAuliffe.

                                              1

3. By this stipulation, the parties request that Case No. 1:09-cr-00241 AWI be set for status conference on June 9, 2014.

4. The parties also request that this case trail Case No. 1:14-cr-00059.

IT IS SO STIPULATED.

Dated:  April 11, 2014                                          BENJAMIN B. WAGNER
                                                                United States Attorney


                                                                /s/ MEGAN A. S. RICHARDS
                                                                MEGAN A. S. RICHARDS
                                                                Assistant United States Attorney


Dated:  April 4, 2014                                           /s/ ANN McGLENON
                                                                ANN McGLENON
                                                                Counsel for Defendant
                                                                Randal D. Gambell


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that 3rd Status Conference re Violation of Supervision is set for a hearing on June 9, 2014 at 1:00 PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **April 15, 2014**                            /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

2