1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NOS.  1:14-CR-00059 AWI BAM
                                                  1:09-CR-00241 AWI BAM
12 |         Plaintiff,
                                      | STIPULATION REGARDING EXCLUDABLE
13 |    v.                            | TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                        FINDINGS AND ORDER
14 | RANDAL DAVID GAMBELL,
                                      | DATE: June 9, 2014
15 |         Defendant.                 TIME: 1:00 p.m.
                                        COURT: Hon. Barbara A. McAuliffe
16

17                                    **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, these matters were set for status on June 9, 2014 at 1:00 p.m.

21      2.      By this stipulation, defendant now moves to continue the status conference for both

22 matters until July 28, 2014, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, and to exclude

23 time between June 9, 2014, and July 28, 2014, under Local Code T4.

24      3.      The parties agree and stipulate, and request that the Court find the following:

25          a)  The government has produced discovery to the defendant.

26          b)  Counsel for defendant desires additional time to review the discovery and conduct

27 further investigation. In addition, counsel for the defendant will be out of state at a work

28 conference on June 9.

                                              1

1  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2014 to July 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 14, 2014                                   BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ MEGAN A. S. RICHARDS
                                                       MEGAN A. S. RICHARDS
                                                       Assistant United States Attorney

Dated:  May 14, 2014                                   /s/ ANN H. MCGLENON
                                                       ANN H. MCGLENON
                                                       Counsel for Defendant
                                                       Randal D. Gambell

**FINDINGS AND ORDER**

IT IS SO ORDERED THAT the 1st Status Conference in 1:14-cr-00059 and the 3rd Status Conference re Violation of Supervision in 1:09-cr-00241 is continued from June 9, 2014 to July 28, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 15, 2014**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE