1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN MCGLENON, #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  RANDAL GAMBELL

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case Nos.  1:09-cr-00241 AWI-1 and
                                     )             1:14-cr-00059 AWI-BAM-1
12            *Plaintiff,*           )
                                     )  STIPULATION TO ADVANCE SENTENCING;
13        vs.                        )  PROPOSED ORDER THEREON
                                     )
14  RANDAL GAMBELL,                  )  DATE:  July 7, 2014
                                     )  TIME:   10:00 a.m.
15            *Defendants.*          )  JUDGE: Hon. Anthony W. Ishii
                                     )
16  _____  )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record herein, that the Sentencing Hearing in the above-captioned

19  matter now scheduled for August 4, 2014, at 10:00 a.m., before Honorable Anthony W. Ishii,

20  **may be vacated and the matter advanced to July 7, 2014 at 10:00 a.m., before the Hon.**

21  **Anthony W. Ishii.**

22       The parties have no objection to the pre-sentence report.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

BENJAMIN B. WAGNER
United States Attorney

Dated:  July 2, 2014

/s/ Megan Richards
MEGAN RICHARDS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  July 2, 2014

/s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RANDAL GAMBELL

**O R D E R**

IT IS SO ORDERED.

Dated:   July 2, 2014

SENIOR  DISTRICT  JUDGE

Gambell:  Stipulation to Advance
Sentencing

2